ACCEPTED
12-14-00288-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/17/2015 11:13:52 AM
CATHY LUSK
CLERK

No. 12-14-00288-CV

FILED IN
~~12th COURT OF APPEALS~~
TYLER, TEXAS
7/17/2015 11:13:52 AM
CATHY S. LUSK
Clerk

## In the Twelfth Court of Appeals
## Tyler, Texas

**J. MARK SWINNEA**
*Appellant*

v.

**ERI CONSULTING ENGINEERS, INC.
AND LARRY SNODGRASS**
*Appellees*

Appealed from the 114th Judicial District Court
Smith County, Texas

## APPELLEES' UNOPPOSED SECOND
## MOTION TO EXTEND TIME TO FILE BRIEF

To The Honorable Justices of the Twelfth Court of Appeals:

Appellees ERI Consulting Engineers, Inc. and Larry Snodgrass file this Unopposed Second Motion for Extension of Time to File Brief. In support of this motion, Appellees show the following:

1.     On May 11, 2015, Appellant, J. Mark Swinnea, filed his brief following three extensions. On May 21, 2015, Appellant filed an amended brief. Appellees'

brief was originally due on or before June 22, 2015. Appellees asked for and received an extension of time of thirty days, making the brief now due on July 22, 2015.

2. Appellees request an extension of time of an additional fifteen (15) days within which to file their brief. This is Appellees' second request for an extension of time in this case.

3. Appellees rely on the following facts as a reasonable explanation for the requested additional time. Appellees' counsel, in addition to preparing the brief in this case, is also preparing a brief in *Searcy v. Black*, Cause No. 4:15-cv-11369, an appeal from the Bankruptcy Court to the Honorable Judge Michael Schneider in the Eastern District of Texas. Additionally, counsel is local counsel in Cause No. 2:12-Cv-400, *Diece-Lisa v. Disney Stores USA, et al.*, and was involved in preparing for and also attended the hearing on a Motion to Compel in that case on July 14, 2015, in Marshall, Texas. Mr. Mike Hatchell is also counsel on this brief, and due to his upcoming schedule, needs additional time to confer on the final version. In addition to this brief, Mr. Hatchell has been working on the following: a motion for rehearing in Cause No. 08-13-00285-CV; *El Paso Healthcare System, Ltd d/ba/ Las Palmas Medical Center v. Laura Murphy*; in the Court of Appeals

for the Eight District of Texas due July 13, 2015; a petition for review in Cause No. 15-0375, *Ansell Healthcare Products, Inc. v. United Medical Supply Co., Inc.*, due July 20, 2015; an amicus brief in Cause No. 14-0076, *Michael Williams, Commissioner of Education, et al. v. The Texas Taxpayer & Student Fairness Coalition, et al.*, due July 30, 2015; and a petition for review in Cause No. 15-0248, *BP America Co. v. Laddes, Ltd.*, due July 31, 2015. As a result, counsel believes that good cause exists for requesting an extension of time within which to prepare and file the Appellees' Brief.

4. The undersigned has conferred with opposing counsel, Greg Smith, who advised he does not oppose this request.

Therefore, Appellees ERI Consulting Engineers, Inc. and Larry Snodgrass request that this Court grant this motion for extension of time and extend the time for filing the Appellees' Brief for fifteen days, that is up to and including August 6, 2015.

DATE: July 17, 2015

Respectfully submitted,

IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
drace@icklaw.com

BY: _Deborah Race_____
    Deborah Race
    State Bar No. 16448700

Attorney for Appellees
ERI Consulting Engineers, Inc. and
Larry Snodgrass


## VERIFICATION

I swear or affirm that the facts stated above in paragraph 3 are true and

correct.

_Deborah Race_____
Deborah Race


SWORN TO AND SUBSCRIBED before me on July 17, 2015, to certify

which witness my hand and seal of office.



NANCY E. CRIM
Notary Public
STATE OF TEXAS
My Comm. Exp. February 8, 2017

_Nancy Crim_____
Notary Public

4

## CERTIFICATE OF CONFERENCE

Greg Smith, attorney for Appellant, has advised that he does not oppose the relief requested in this motion.

_Deborah Race_
Deborah Race

## CERTIFICATE OF SERVICE

I certify that on July 17, 2015, I served a copy of this motion electronically on the following:

Mr. Gregory D. Smith
Ramey & Flock, PC
100 East Ferguson, Suite 500
Tyler, Texas 75702

_Deborah Race_
Deborah Race